IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| R. LEE BROWN,<br><br>  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>  Defendant. | **8:18CV386**<br><br>**JUDGMENT** |

Pursuant to the parties' joint notice of dismissal of this case, (Filing No. 16)

IT IS ORDERED, ADJUDGED AND DECREED that the claims between Plaintiff and Defendant are dismissed without prejudice, subject to the terms of the stipulation set forth in Filing No. 16. The parties shall pay their own costs and attorney fees.

Dated this 8th day of November, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge